

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00011-CR

| | | |
|---|---|---|
| Mark Thomas | § | From the 367th District Court |
| | § | of Denton County (F-2010-2705-E) |
| v. | § | March 5, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
     Justice Bonnie Sudderth